**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EMMANUEL CANDA, RICKY BARROGA, DAVID DENNIS, JOEL FORTUS, ESTHER GUTIERREZ, DONDON LLORENTE, CINDY MANALANG, PHILIP MANARANG, EMELITA MENDOZA, MARY GRACE RAJKOVACZ, GLADY O. SILVESTRE, BRANDO LOZANO TUAZON, JOHN MARK YURO, CHRISTOPHER N. JARIN, ETHEL GENOBABA, AND JENNATA OCAYA, individually and on behalf of all other persons similarly situated,**

        **Plaintiffs,**

**-vs-**                                                                                       **Case No. 6:11-cv-4-Orl-31GJK**

**ROSEN HOTELS & RESORTS, INC.,**

        **Defendant.**

## ORDER

This matter comes before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 16). Upon review of the motion, the Court finds that the proposed settlement of this FLSA class action is a fair and reasonable resolution of a bona fide dispute, and that the fee to be paid to Plaintiffs' counsel was agreed upon by the parties separately and without regard to the amount paid to the Plaintiffs themselves. *See Bonetti v. Embarq Management Co.*, 715 F.Supp.2d 1222 (M.D.Fla. 2009).

Accordingly, it is hereby

**ORDERED** that the Joint Motion for Approval of Settlement and Dismissal with Prejudice is **GRANTED**. The settlement is approved, and the Plaintiffs' claims against the Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 12, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party